IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES SHOWERS,
    Petitioner,

v.                                                No. 3:10cv271/LAC/MD

DAVID MORGAN,
    Respondent.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 2, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court, and the clerk is directed to close the file.

DONE AND ORDERED this 26th day of January, 2011.

                                           s/*L.A. Collier*
                                           LACEY A. COLLIER
                                           SENIOR UNITED STATES DISTRICT JUDGE